IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 4:22cr60 |
| | ) | |
| JEFFERY J. HAYNES, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R

Counsel in the above-captioned case have advised the Court that all but one of the pretrial motions have been resolved as to defendant, Jeffery J. Haynes. The remaining motion will be set for a hearing by separate Notice.

IT IS ORDERED THAT the following motions are DISMISSED:

(Doc. 25) Motion for Discovery;
(Doc. 24) Motion to Participate in Voir Dire; and,
(Doc. 22) Motion for Release of Brady Materials.

SO ORDERED, this 28th day of July, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA